**CHASE HOME LOANS,
LLC, Appellant,**

v.

**CITIMORTGAGE, INC., and the Estate
of Milton D. Parsons, et al.,
Appellees.**

**No. 4D15–2496.**

District Court of Appeal of Florida,
Fourth District.

Aug. 3, 2016.

Andy R. Hernandez of Hernandez Law, P.L., Miami, and Cristina L. Reynolds of The Law Office of Cristina L. Reynolds, P.L., Miami Lakes, for appellant.

Nancy M. Wallace and Ryan D. O'Connor of Akerman, LLP, Tallahassee, and

**518**

William P. Heller of Akerman, LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed. Harrod v. Union Finance Co.,* 420 So.2d 108 (Fla. 3d DCA 1982).

WARNER, MAY, JJ., and ARTAU, EDWARD L., Associate Judge, concur.